

# Notice of Service of Process

**null / ALL**
**Transmittal Number: 24729625**
**Date Processed: 04/06/2022**

| | |
|---|---|
| Primary Contact: | Cynthia Bertucci<br>Dollar Tree Stores Inc<br>500 Volvo Pkwy<br>Chesapeake, VA 23320-1604 |
| Electronic copy provided to: | Heather Hunter<br>JJ Jacobson-Allen |
| Entity: | Dollar Tree Stores, Inc.<br>Entity ID Number  3697563 |
| Entity Served: | Dollar Tree Stores, Inc. |
| Title of Action: | Glennda Gover vs. Dollar Tree Stores, Inc. |
| Matter Name/ID: | Glennda Gover vs. Dollar Tree Stores, Inc. (12167399) |
| Document(s) Type: | Citation/Petition |
| Nature of Action: | Personal Injury |
| Court/Agency: | Bexar County District Court, TX |
| Case/Reference No: | 2022CI05639 |
| Jurisdiction Served: | Texas |
| Date Served on CSC: | 04/06/2022 |
| Answer or Appearance Due: | 10:00 am Monday next following the expiration of 20 days after service |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | The Carlson Law Firm PC<br>210-696-8600 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

EXHIBIT A

PRIVATE PROCESS

**Case Number: 2022CI04291**

Frost Bank VS Reagan Glosson
(Note: Attached Document May Contain Additional Litigants)

IN THE **166TH DISTRICT COURT**
BEXAR COUNTY, TEXAS

**CITATION**

DELIVERED
4/6/22
By MS/PSC/215
Austin Process, LLC

"THE STATE OF TEXAS"

Directed To:   **Reagan Glosson**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said Plaintiff's Original Petition was filed on this the 8th day of March, 2022.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT on this the 15th day of March, 2022

JOHN R RESENDEZ
ATTORNEY FOR PLAINTIFF
425 SOLEDAD ST STE 600
SAN ANTONIO TX 78205



Mary Angie Garcia
Bexar County District Clerk
101 W. Nueva, Suite 217

San Antonio, Texas 78205
By: /s/ Janel Gutierrez
Janel Gutierrez, Deputy

---

| FROST BANK VS REAGAN GLOSSON | Case Number: 2022CI04291 |
|---|---|
| | 166th District Court |

**Officer's Return**

I received this CITATION on the _____ day of _____, 20_____ at _____ o'clock ___M. and ( ) executed it by delivering a copy of the CITATION with attached PLAINTIFF'S ORIGINAL PETITION the date of delivery endorsed on it to the defendant _____
in person on the _____ day of _____, 20___ at _____ o'clock ___ M. at _____ or ( ) not executed because _____.
Fees: _____ Badge/PPS #: _____ Date certification expires: _____
_____ County, Texas
BY:

_____
OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____

NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of _____, A.D., _____.

Declarant

**EXHIBIT A**